## 2735.   BURDEN *v.* THE STATE.

POWELL, J. It is a violation of the law in this State for a person to have in his possession, custody, or control any intoxicating liquor at any place where people have assembled for divine worship, whether he carry it there or procure it from another after arriving there. Under §§438-440 of the Penal Code of 1895, persons who go to churches must not carry liquor or have liquor either on their insides or on their outsides.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Misdemeanor; from city court of Sylvester—Judge Williamson. May 17, 1910.

*L. D. Passmore,* for plaintiff in error.

*J. H. Tipton, solicitor,* contra.